DENNIS S. WAKS, #142581
Acting Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
YVONNE MARIE QUIJADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  1:05-cr-00037 AWI |
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | |
| YVONNE MARIE QUIJADA, | ) | Judge: Hon. Anthony W. Ishii |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties that defendant Yvonne Marie Quijada

surrendered to the U.S. Marshal Service on January 13, 2006, pursuant to Court Order of December 2,

2005, and may be released from custody on Monday, January 23, 2006, before noon to enable her to attend

the funeral of her father, Jesse Quijada, including pre-burial viewing at 7:00 P.M., Monday, and the

funeral and burial on Tuesday.  Defendant shall then self-surrender at the Lerdo Detention Facility in

///

///

///

///

///

///

1  Bakersfield, California, at or before 12:00 noon on Wednesday, January 25, 2006,  to complete service of

2  her 3-month term of incarceration.  She is to be tested for the presence of drugs or alcohol upon her return

3  to custody.

4                                                      McGREGOR W. SCOTT
                                                       United States Attorney
5
                                                       /s/ Ann H. Voris with consent of
6  DATED: January 19, 2006                 By:   Kevin P. Rooney_____
                                                       KEVIN P. ROONEY
7                                                      Assistant United States Attorney
                                                       Counsel for Plaintiff
8

9                                                      DENNIS S. WAKS
                                                       Acting Federal Defender
10
   DATED: January 19, 2006                 By:    /s/ Ann H. Voris_____
11                                                     ANN H. VORIS
                                                       Assistant Federal Defender
12                                                     Counsel for Defendant
                                                       YVONNE MARIE QUIJADA
13

14

15                                      **O R D E R**

16       **IT IS SO ORDERED.**  Defendant shall be released from custody before noon on Monday,

17  January  23, 2006, and shall self-surrender at the Lerdo Detention Facility in Bakersfield, California, at or

18  before 12:00 noon on Wednesday, January 25, 2006,  to complete service of her 3-month term of

19  incarceration.

20

21  IT IS SO ORDERED.

22  **Dated:   January 20, 2006**          _____**/s/ Anthony W. Ishii**_____
    0m8i78                                 UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28